NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DANIEL L. FLAMM,**
*Appellant*

v.

**MICRON TECHNOLOGY, INC., INTEL CORPORATION, GLOBALFOUNDRIES U.S., INC., SAMSUNG ELECTRONICS COMPANY, LTD.,**
*Appellees*

---

2018-2322

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2017-00391, IPR2017-01746.

---

**JUDGMENT**

---

ROLF STADHEIM, Stadheim & Grear, Scottsdale, AZ, argued for appellant.

MELANIE L. BOSTWICK, Orrick, Herrington & Sutcliffe LLP, Washington, DC, argued for appellees Micron Technology, Inc., Intel Corporation, GLOBALFOUNDRIES U.S., Inc. Appellee Micron Technology, Inc. also represented by JARED BOBROW, JEREMY JASON LANG, Menlo

Park, CA.

CHAD S. CAMPBELL, Perkins Coie LLP, Phoenix, AZ, for appellee Intel Corporation. Also represented by TYLER R. BOWEN; DAN L. BAGATELL, Hanover, NH; PHILIP ALCIDE MORIN, San Diego, CA; JONATHAN L. MCFARLAND, Seattle, WA.

SHAMITA ETIENNE-CUMMINGS, White & Case LLP, Washington, DC, for appellee GLOBALFOUNDRIES U.S., Inc. Also represented by DAVID TENNANT.

NAVEEN MODI, Paul Hastings LLP, Washington, DC, for appellee Samsung Electronics Company, Ltd.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* PLAGER and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| September 6, 2019 | /s /Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |